JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA CHANG, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>US BANK N.A., and DOES 1 through 45, inclusive,<br><br>        Defendants. | **Case No. CV14-09164-AB(MANx)**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION** |

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION

Case No. CV14-09164-AB(MANx)

1    On the stipulation of the parties, and good cause appearing therefor, this
2  action is DISMISSED WITH PREJUDICE.

3

4

5    IT IS SO ORDERED.

6

7  Dated: July 6, 2015                    By: _____
                                               Hon. André Birotte Jr.
8                                              U.S. District Court Judge

---

2

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION

Case No. CV14-09164-AB(MANx)